666 A.2d 663

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**David Leslie BERKLEY, Respondent.**

**No. 155 Disciplinary Docket No. 3.**
**Disciplinary Board No. 57 DB 95.**

Supreme Court of Pennsylvania.

Oct. 30, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of October, 1995, there having been filed with this Court by David Leslie Berkley his verified Statement of Resignation dated September 18, 1995, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of David Leslie Berkley be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.